**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6726**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES H. HUTCHINS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-92-162, CA-97-302-3)

———————

Submitted:  July 14, 1998          Decided:  July 30, 1998

———————

Before WIDENER, HAMILTON, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James H. Hutchins, Appellant Pro Se.  John E. Sullivan, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order transferring his successive motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Appellant cannot now seek review of claims raised in his first § 2255 motion, the dismissal of which he chose not to appeal. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hutchins, No. CR-92-162; CA-97-302-3 (E.D. Va. Apr. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED